WILLIAM H. ERDMAN, Respondent, v. GEORGE MANEY, Appellant.— In an action to recover damages alleged to have been sustained in the collision of two motor vehicles, judgment in favor of plaintiff, and order denying defendant's

motion to set aside the verdict and for a new trial, reversed on the facts, as against the weight of the credible evidence, and a new trial granted, with costs to appellant to abide the event. Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.